# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00CR23-5-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LASHONDA MICHELLE COLEMAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Defendant has filed a Motion for a Temporary Suspension of Time to Pay and/or a Reduction of Criminal Monetary Restitution.

IT IS HEREBY ORDERED that the government shall respond to Defendant's motion by **March 23, 2009.**

SO ORDERED.

Signed: March 3, 2009

Graham C. Mullen
United States District Judge