IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>         )<br>    v. )<br>         )<br>LASHONDA MICHELLIE COLEMAN )<br>AKA/LASHONDA MICHELLE COLEMAN, )<br>        Defendant, )<br>and )<br>         )<br>PRESBYTERIAN REGIONAL HEALTHCARE CORP. )<br>        Garnishee. ) | CASE NO. DNCW 3:00CR23-5<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before this Court, the Honorable Graham C. Mullen sentenced the defendant to three years probation on February 20, 2001, for her conviction of use of an unauthorized access device, and aiding and abetting the same in violation of 18 U.S.C. §§1029(a)(2) and 2. Judgment in a Criminal Case, filed February 26, 2001. As part of the Judgment, the defendant was ordered to pay an assessment of $100.00 and joint and several liable restitution in the amount of $26,972.33 to the victims of the crime. *Id*.

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. The Garnishee submitted an Answer of the Garnishee to the United States on April 28, 2009. The Government now seeks to garnish the Defendant's earnings from the garnishee. The United States requests that 25% of the Defendant's earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments be applied to the United States' garnishment, and that the Government's garnishment take immediate effect. *See* 28 U.S.C. § 3205(c)(10).

**IT IS THEREFORE ORDERED** that an Order of Garnishment is hereby **ENTERED** in the amount of $5,878.11, computed through April 27, 2009, which attaches to any earnings of the Defendant and up to 25% shall be garnished in favor of the United States until the Defendant's restitution debt is paid in full. Checks should be made payable to: U. S. District Court, and mailed to: U. S. District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, please include the following information on each check: Court Number: DNCW 3:00CR23-5.

Signed: April 29, 2009

Graham C. Mullen
United States District Judge