IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-CR-00023-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LASHONDA MICHELLIE COLEMAN , ) | |
| AKA/LASHONDA MICHELLE COLEMAN, ) | |
| ) | |
| and ) | |
| ) | |
| PRESBYTERIAN REGIONAL HEALTHCARE CORP. ) | |
| Garnishee. ) | |

DISMISSAL OF ORDER OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the defendant Lashonda Michellie Coleman is DISMISSED.

Signed: July 20, 2010

Graham C. Mullen
United States District Judge